IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A POLE CAMERA OVERLOOKING THE RESIDENCE LOCATED AT 485 OLD FORT ROAD FAIRVIEW, NORTH CAROLINA | ) ) ) ) ) ) ) ) | MISC. NO. 1:15mc21 |
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER AND TRAP AND TRACE DEVICE/CALLER IDENTIFICATION AND CELL SITE LOCATION AUTHORITY ON CELLULAR TELEPHONE CURRENTLY ASSIGNED TELEPHONE NUMBER (541) 930-4246 | ) ) ) ) ) ) ) ) ) | ORDER |
| IN THE MATTER OF THE SEARCH OF THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER 541-930-4246 | ) ) ) | |

The United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, moves for an order directing that the Applications, Affidavit, Attachments, Warrant and Orders in the above-captioned case be unsealed.

The Court finds that there no longer exists any danger to the attendant investigation in this case. Therefore, the Court **GRANTS** the motion [# 8]. The Applications, Affidavit, Attachments, Warrant and Orders in the above-captioned case are **UNSEALED**.

Signed: February 9, 2018

Dennis L. Howell
United States Magistrate Judge